## C. S. T. Flying Service, Appellant, v. Capital Industries, Inc.

Argued April 25, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Webster Jones,* with him *Richard S. Clover,* and *Lugg & Snowiss,* for appellant.

*Arthur Bonk,* of the Michigan Bar, with him *James T. Smith,* for appellees.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.